UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      No. 1:08-CR-212

v                                      Hon. Robert J. Jonker

MICHAEL CLARK,

        Defendant.

**DEFENDANT'S MOTION FOR VARIANCE**

NOW COMES the Defendant, Michael Clark, by and through his attorney, Michael R. Bartish, and pursuant to *United States v. Kimborough*, 128 S.Ct. 558, 169 L.Ed. 2d 481 (2007), and *Rita v. United States,* 127 S.Ct. 2456, 2463, 168 L.Ed.2d 203 (2007), respectfully asks this Court to grant a variance and impose a sentence that is less than the calculated guideline range.  The reasons supporting this Motion are set forth in the attached Memorandum in Support.

                                                  Respectfully submitted,

DATED: June 30, 2009                s/  Michael R. Bartish
                                                  Michael R. Bartish (P65097)
                                                  Attorney for Defendant
                                                  WILLEY & CHAMBERLAIN, LLP
                                                  40 Pearl Street, N.W., Suite 940
                                                  Grand Rapids, Michigan 49503
                                                  Telephone:  (616) 458-2212
                                                  mrb@willeychamberlain.com